# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **Cr. No. 07-20117-Ma** |
| ) | |
| **PATRICK GREEN** ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

**Katrina U. Earley, Assistant U.S. Attorney** applies to the Court for a Writ to have **Patrick Green, Bk #06992119, RNI# 213422** now being detained in the **Shelby County Jail** appear before the Honorable **James H. Allen** on **23rd, May, 2007** at **2:00 p.m.** for **initial appearance** and for such other appearances as this Court may direct.

Respectfully submitted this **14th** day of **May**, 2007.

> **s/ Katrina U. Earley**
> **Assistant U. S. Attorney**
> **#19367**

_____

Upon consideration of the foregoing Application,

**DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN**

**SHERIFF/WARDEN,**

**YOU ARE HEREBY COMMANDED to have Patrick Green** appear before the Honorable James H. Allen at the date and time aforementioned.

ENTERED this **14th** day of **May** 2007.

> **s/Diane K. Vescovo**
> **UNITED STATES MAGISTRATE JUDGE**